FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

FEB 1 1 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES GADSON, JR.<br>Plaintiff, | : <br> : <br> : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : <br> : | |
| CHATHAM COUNTY SHERIFF DEPARTMENT,<br>Defendant. | : <br> : <br> : | CIVIL ACTION NO.<br>1:09-CV-0231-TWT |

## ORDER and OPINION

Plaintiff, Charles Gadson, currently confined in the Chatham County Jail in Savannah, Georgia, has submitted a civil rights complaint regarding his ongoing criminal proceedings in Chatham County. (Doc. No. 1.)

A federal-law action may be brought in a judicial district where any defendant resides, if all defendants reside in the same State, or in the judicial district in which the claims arose. 28 U.S.C. § 1391(b); New Alliance Party of Ala. v. Hand, 933 F.2d 1568, 1570 (11th Cir. 1991) (applying § 1391(b)'s venue provisions to a § 1983 action). When venue is improper, the court may, in the interest of justice, transfer the case to a district court in which it could have been brought. 28 U.S.C. § 1406(a).

Chatham County is located within the Southern District of Georgia. Accordingly, venue is improper in this district, and this Court finds it to be in the

AO 72A
(Rev.8/82)

interest of justice to transfer this action to the United States District Court for the Southern District of Georgia.

**IT IS ORDERED** that this action is hereby **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**, along with all orders, motions, affidavits, pleadings and exhibits (if any) filed herein for further proceedings.

**IT IS SO ORDERED**, this ⎯⎯11⎯⎯ day of ⎯⎯February⎯⎯, 2009.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)