
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY -8 PM 1: 10

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| CHARLES ANTHONY GADSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV409-029 |
| | ) | |
| CHATHAM COUNTY SHERIFF | ) | |
| DEPARTMENT and SHERIFF AL ST. | ) | |
| LAWWRENCE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** as its opinion the Report and Recommendation of the Magistrate Judge. Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** and the **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this **8th** day of May, 2009.

WILLIAM T. MOORE, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA